Commonwealth ex rel. Trevethan, Appellant, *v.*
Myers.

Submitted June 20, 1966.  *Sidney H. Trevethan,* appellant, in propria persona; *Oscar S. Bortner,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Twyman, Appellant, *v.*
Myers.

Submitted June 13, 1966.  *Fred Twyman,* appellant, in propria persona; *H. Book Hopkins* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Van Horn, Appellant, *v.*
Myers.

Submitted June 13, 1966.  *Chester Van Horn,* appellant, in propria persona; *Frank S. Poswistilo,* Assistant District Attorney, and *Bernard V. O'Hare, Jr.,* District Attorney, for appellee.

Order affirmed.